IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BAILEY,

       Petitioner,

v.                                            **CASE NO. 5:09-cv-221-RS-EMT**

KENNETH TUCKER

       Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Petitioner's Objections (Doc. 23). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for writ of habeas corpus is **DENIED**.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on November 30, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**